UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIE GARZA, SARAH TRAINUM, | § | |
| and JUDITH ROGERS, | § | |
|     Plaintiffs | § | |
| | § | |
| vs. | § | Civil Action No.5-15-cv-0053-OLG |
| | § | |
| REBECCA BOLIN, individually and | § | |
| in her official capacity as | § | JURY DEMANDED |
| Kerr County Clerk, DAWN LANTZ, and | § | |
| KERR COUNTY, TEXAS, | § | |
|     Defendants | § | |

**JOINT MOTION TO BE EXCUSED FROM MEDIATION**

Plaintiffs Julie Garza, Judith Rogers, and Sarah Trainum (Plaintiffs) and Defendants Rebecca Bolin, individually and in her official capacity as Kerr County Clerk and Kerr County, Texas (Defendants) file this joint motion to be excused from mediation. The Court's Amended Agreed Amended Scheduling Order, ¶7, (Docket #25), states the parties shall mediate on or before February 15, 2016, "unless the parties seek an order from the Court excusing them from mediation."

### I.   ARGUMENT

1.  The parties have engaged in written discovery and are currently engaged in the scheduling of the depositions of plaintiffs. The deposition of Defendant Rebecca Bolin is set for February 12, 2016. In accordance with this Court's scheduling order (Docket #10), Plaintiffs made a written offer of settlement on July 24, 2015. Defense counsel informed Plaintiffs that the offer was rejected and Defendants have not made a counter-offer to date.

2.  On January 29, 2016, Defendants filed their motion for summary judgment (Docket #36). Plaintiffs anticipate filing their response to the motion for

summary judgment by the deadline of February 12, 2016. Counsel for the parties have discussed that in their professional opinion, mediation at this time would not be appropriate or fruitful.

## II.     PRAYER FOR RELIEF

The parties jointly request that the Court excuse them from mediating this case by February 15, 2016. The parties agree that the excusal from mediation in no way affects the pretrial conference set on May 18, 2016, or the jury selection and trial set on May 23, 2016.

Respectfully submitted,

*/s/ Zachary H. Bowman*
Steve Skarnulis
State Bar No. 24041924
skarnulis@cstrial.com
Zachary H. Bowman
State Bar No. 24073944
zbowman@cstrial.com
**CAIN & SKARNULIS PLLC**
400 W. 15th Street, Suite 900
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
**ATTORNEYS FOR PLAINTIFFS**

*/s/ Charles S. Frigerio*
Charles S. Frigerio
csfrigeriolaw@sbcglobal.net
Hector X. Saenz
State Bar No. 17514850
frigeriolaw1995@sbcglobal.net
**LAW OFFICES OF CHARLES S. FRIGERIO, P.C.**
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205
210-271-7877
210-271-0602—Facsimile
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 9th day of February 2016, I electronically filed the foregoing Joint Motion to Be Excused from Mediation with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| **Method of Service** | **Party(ies)** | **Counsel** |
|---|---|---|
| **CM/ECF** | Defendants | Charles S. Frigerio<br>frigeriolaw1995@sbcglobal.net<br>Law Offices of Charles S. Frigerio<br>Riverview Towers<br>111 Soledad, Suite 840<br>San Antonio, Texas 78205<br>210-271-7877<br>210-271-0602—Fax |

          */s/ Zachary H. Bowman*
          Zachary H. Bowman